# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ERIC BRIDGES

NO. 2026 KW 0601

**JUNE 29, 2026**

---

In Re:   Eric Bridges, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 440412.

---

**BEFORE:   McCLENDON, C.J., STROMBERG AND EDWARDS, JJ.**

**WRIT GRANTED.** The district court is ordered to proceed toward disposition of relator's motion to unseal jury polling, filed October 30, 2025, if it has not already done so.

PMc
TPS
BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT